```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

WILLIE JAMES DANIELS,              :

    Petitioner,                    :

v.                                 :    CIVIL ACTION 08-0246-KD-M

GARY HETZEL,                       :

    Respondent.                    :

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be TRANSFERRED to the U.S. District Court for the Middle District of Alabama.

DONE this 23rd day of September, 2008.

<u>S/ Kristi K. DuBose</u>
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE